**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:                                                                    BKY 20-60429
                                                                          Chapter 12

Reese and Mellanie Meech,

                      Debtors.

**NOTICE OF HEARING AND MOTION FOR APPLICATION FOR APPROVAL OF
TRUSTEE'S FEES AND EXPENSES**

TO:  All parties in interest.

1.      Kyle L. Carlson, Chapter 12 Trustee, applies for approval of Trustee's fees and expenses, and provides notice.

2.      The Court will hold a hearing on this motion at 9:30 a.m. on Tuesday, July 28, 2026.  The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings or by telephone at 651-848-1061 to obtain the dial-in information. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3.      Any response to this motion must be filed and served not later than Tuesday, July 21, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and legal holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334.  The motion is brought pursuant to 11 U.S.C. §§ 326 & 330.

5.      The petition commencing this case was filed on August 7, 2020.  Kyle L. Carlson was appointed as Trustee pursuant to 11 U.S.C. §1202(a), and serves on a case-by-case basis.  A Chapter 12 Plan was last confirmed on October 29, 2024.

6.      To date, Trustee has made total payments in the amount of $485,691.58.  The Chapter 12 plan provides that "the debtor(s) shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as an estimated payment and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the court."  Pursuant to 11 U.S.C. §§ 330(a) & 326(b), the Trustee may receive reimbursement for actual, necessary expenses, plus five percent of all payments made under the plan as reasonable compensation for actual, necessary services provided.  *See In re Daniels*, case no. 13-30010 (Bankr. W.D. La., Feb. 11, 2016).

7.      In connection with the bankruptcy case, the Trustee has performed actual and necessary services in the exercise and furtherance of the Trustee's duties under the Bankruptcy Code, including conducting a 341 meeting of creditors, attendance at hearings, negotiations for

1

settlement of the objections/issues to the filed plan(s), receipt and disbursement of the debtor(s)' payments under the confirmed plan, and reviewing debtors' continuing financial affairs.

8.      To date, Trustee is entitled to $24,284.58 for trustee fees, which is 5% of the total plan payments made by Trustee. The Trustee has filed a prior application for fees and expenses in this case and received $17,194.02 for trustee's fees and $291.66 in expenses.

9.      For this fee application, the Trustee requests $7,090.56 for trustee's fees.  The Trustee also requests $256.76 for actual costs and expenses incurred on behalf of the Trustee during this time period, including the following:

| | |
|---|---|
| Postage: | $256.76 |
| Total: | $256.76 |

WHEREFORE, the Trustee requests the Court to enter an Order:

1.      Allowing the Trustee compensation in the amount of $7,090.56;
2.      Allowing the Trustee expenses in the amount of $256.76;
3.      Allowing the Trustee to pay forthwith to the Trustee the sum of $7,090.56 for compensation and $256.76 for reimbursement of expenses.

Dated: July 2, 2026

/s/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 & 13 Trustee
PO Box 519
Barnesville, MN  56514
218-354-7356

**VERIFICATION**

I, Kyle L. Carlson, chapter 12 trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 2, 2026

/s/ Kyle L. Carlson
Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                      BKY 20-60429
                                                            Chapter 12

Reese and Mellanie Meech,

      Debtors.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

   The undersigned, being an employee of the trustee, declares that on the date indicated below, I served the attached NOTICE OF HEARING AND MOTION FOR APPLICATION FOR APPROVAL OF TRUSTEE'S FEES AND EXPENSES upon all entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

      REESE AND MELLANIE MEECH
      25707 310TH STREET
      SEBEKA, MN 56477

      U.S. ATTORNEY
      U.S. COURTHOUSE
      300 S 4TH STREET   SUITE 600
      MINNEAPOLIS, MN 55415

      MINNESOTA REVENUE
      COLLECTION DIVISION
      P.O. BOX 64564
      ST. PAUL, MN 55164-0564

      INTERNAL REVENUE SERVICE
      P.O. BOX 7346
      PHILADELPHIA PA 19101-7346

      OFFICE OF MINNESOTA ATTORNEY GENERAL
      445 MINNESOTA STREET, SUITE 1400
      ST. PAUL, MN 55101-2131

      ALL CREDITORS ON ATTACHED MATRIX

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 2, 2026

                  /e/ Jamie Swenson
                  Jamie Swenson

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                          BKY 20-60429
                                                                Chapter 12

Reese and Mellanie Meech,

                Debtors.

---

**ORDER**

The above-entitled matter came before the undersigned United States Bankruptcy Judge with respect to the fee application for compensation and expenses of the Chapter 12 Trustee.

IT IS ORDERED THAT:

1.   Trustee is allowed compensation in the amount of $7,090.56;

2.   Trustee is allowed reimbursement of expenses in the amount of $256.76;

3.   Trustee is authorized to pay forthwith to the Trustee the sum of $7,090.56 for compensation and $256.76 for reimbursement of expenses.

Dated:

_____
United States Bankruptcy Judge

Label Matrix for local noticing
0864-6
Case 20-60429
District of Minnesota
Fergus Falls
Thu Jul  2 07:46:19 CDT 2026

Centra Sota Cooperative
805 Hwy 55 East
Buffalo, MN 55313-1734

First International Bank & Trust
c/o Jon R. Brakke
Vogel Law Firm
218 NP Ave N
PO Box 1389
FARGO, ND 58107-1389

United States Department of Agriculture
U. S. Attorney's Office
c/o Roylene A. Champeaux
300 So. 4th Street
600 U. S. Courthouse
Minneapolis, MN 55415

Unity Bank
602 4th Street NE
P.O. Box 56
Staples, MN 56479-0056

Velde Moore, Ltd.
1118 Broadway
Alexandria, MN 56308-2530

Fergus Falls - St Paul
200 Warren E Burger Federal Building and
U. S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

1ST INTERNATIONAL BANK & TRUST
111 4TH ST NE
Staples MN 56479-2545

(p)A&C FARM SERVICE INC
412 BUSINESS 23 S
PAYNESVILLE MN 56362-4652

AAA LEASING
ATTN: DENNIS ANDERSON
PO BOX 277
Edgeley ND 58433-0277

AAA LEASING & MANAGEMENT
22029 FARMINGTON RD
Farmington MI 48336-4417

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY FINANCIAL
PO BOX 380902
BLOOMINGTON MN 55438-0902

ALLY FINANCIAL INC.
RIEZMAN BERGER PC
7700 BONHOMME, 7TH FLOOR
Saint Louis MO 63105-1960

AMERICAN CRYSTAL SUGAR CORP OFFICE
101 3RD ST N
Moorhead MN 56560-1990

AMERICAN CRYSTAL SUGAR CORP OFFICE
ATTN: TOM ASTRUP, CEO
101 N 3RD STREET
MOORHEAD MN 56560-1990

ATTORNEY GENERAL
ATTN: KARL A. RACINE
400 6TH STREET NW
WASHINGTON DC 20001-0189

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

BAILEY MEECH
25707 310TH STREET
Sebeka MN 56477-2296

BANK OF THE WEST
2527 CAMINO RAMON
San Ramon CA 94583-4213

BEST BUY CREDIT SERVICES
PO BOX 790441
SAINT LOUIS MO 63179-0441

BEST BUY HEADQUARTERS
ATTN: CORIE S. BARRY, CEO
7601 PENN AVE S
RICHFIELD MN 55423-3683

BJERGA FEED STORES, INC
C/O ERVIN L BJERGA
7860 116TH STREET SW
Motley MN 56466-2530

BONGARDS CREAMERIES
210 E MAIN ST
Perham MN 56573-2832

BONGARDS CREAMERIES
ATTN: CRYSTAL DAHLKE
13200 COUNTY ROAD 51
BONGARDS MN 55368-9743

CAPITAL ONE FINANCIAL CORPORATION
ATTN: RICHARD D. FAIRBANK, PRES
1680 CAPITAL ONE DRIVE
MC LEAN VA 22102-3407

CAPITAL ONE/MENARDS
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CENTRA SOTA COOP
805 HIGHWAY 55 EAST
Buffalo MN 55313-1734

CENTRA SOTA COOP
C/O GREGORY HAUPERT
PO BOX 1433
SAINT CLOUD MN 56302-1433

CENTRAL MINNESOTA CREDIT UNION
320 MAIN ST E
MELROSE MN 56352-1164

CENTRAL MN CREDIT UNION
ATTN: CHUCK FRIEDERICHS, CEO
320 MAIN STREET E
MELROSE MN 56352-1164

CENTRAL MN CREDIT UNION
PO BOX 549
Wadena MN 56482-0549

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

DILLON AND BETHANY NIEMANN
28943 275TH AVENUE
Sebeka MN 56477-5100

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
New Albany OH 43054-3025

ECO WATERSYSTEMS
303 MAIN AVE S
Park Rapids MN 56470-1550

ECO WATERSYSTEMS
ATTN: JAY PIKEY, OWNER
303 S MAIN
PO BOX 482
PARK RAPIDS MN 56470-0482

ELISI
525 WASHINGTON BLVD
15TH FLOOR
Jersey City NJ 07310-2603

EVEN MCALLISTER
3205 CO 1 SW
Pine River MN 56474-2033

(p)FIRST INTERNATIONAL BANK & TRUST
ATTN LEGAL
3247 47TH STREET SOUTH
FARGO ND 58104-4499

FIRST INTERNATIONAL BANK & TRUST
C/O JON R BRAKKE
VOGEL LAW FIRM
PO BOX 1389
Fargo ND 58107-1389

FSA
375 JACKSON, SUITE 400
SAINT PAUL MN 55101-1828

FURST-MCNESS COMPANY
120 E CLARK STREET
Freeport IL 61032-3328

FURST-MCNESS COMPANY
ATTN: MARK POESCHL, PRES/CEO
120 E CLARK STREET
FREEPORT IL 61032-3328

GREGORY J HAUPERT
11 SEVENTH AVENUE NORTH
PO BOX 1433
SAINT CLOUD MN 56302-1433

GREGORY J HAUPERT
SOBALVARRO & HAUPERT
11 7TH AVE N, SUITE 100
Saint Cloud MN 56303-2093

GURSTEL LAW FIRM PC
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427-4601

GURSTEL LAW FIRM PC
ATTN: AMY L BLOWERS
6681 COUNTRY CLUB DRIVE
MINNEAPOLIS MN 55427-4601

Gurstel Law Firm P.C.
6681 Country Club Drive
Golden Valley, MN 55427-4601

JAMES P SKROCH & JENNY C SKROCH
39057 CO RD 132
Saint Joseph MN 56374-8715

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

KOREY AND TERA FRITZ
520 STATE HWY 106  N
Deer Creek MN 56527-2732

LEADSTONE, INC
222 E CO RD 173
Melrose MN 56352-1602

LEAF RIVER AG SERVICE
PO BOX 511
1504 HOMECREST AVE SE
WADENA MN 56482-0511

(p)LEEDSTONE
222 CO RD 173 SE
MELROSE MN 56352-1602

LEIBEL FARMS
C/O FRANCIS LEIBEL AND BILL HARRISON
PO BOX 29
Willmar MN 56201-0058

LESTER KOSKINEMI
26487 COUNTY RD 139
Verndale MN 56481-2098

LINDBERG LAW OFFICE
100 BUCHANAN ST N STE 2
Cambridge MN 55008-1282

MANITOU ADVISORS, LLC
8770 EGAN DRIVE
Savage MN 55378-2561

MANITOU FINANCE
1625 W FOUNTAINHEAD PARKWAY
10TH FLOOR
ATTN: DAWN MACKENZIE
TEMPE AZ 85282-0036

MANITOU FINANCE, A PROGRAM OF BANK OF THE WE
475 SANSOME ST 19TH
SAN FRANCISCO CA 94111-3103

MID CENTRAL EQUIPMENT
50106 ST HWY 210
Henning MN 56551-9500

MID CENTRAL EQUIPMENT
ATTN: NATHAN THALMANN, CEO
50106 ST HWY 210
PO BOX 155
HENNING MN 56551-0155


MID MINNESOTA FCU
200 S 6TH STREET
PO BOX 309
BRAINERD MN 56401-0379

MID MINNESOTA FEDERAL CREDIT UNION
PO BOX 2907
Baxter MN 56425-6607

MID MINNESOTA FERDERAL CREDIT UNION
ATTN: CHUCK ALBRECHT
13283 ISLE DR
PO BOX 2907
BAXTER MN 56425-6607


MIDWEST MACHINERY
62505 US HWY 10
Wadena MN 56482-2556

MIDWEST MACHINERY
ATTN: BARB PERREAULT, CONTROLLER
1710 N FRANKLIN STREET
GLENWOOD MN 56334-2014

NORTHERN LEASING SYSTEMS INC
ATTN: JAY COHEN, PRES
333 7TH AVE
3RD FLOOR
NEW YORK NY 10001-5125


OLSON'S CUSTOM FARM SEBEKA
29238 US HWY 71
Sebeka MN 56477-2860

OLSON'S CUSTOM FARM SERVICES, INC
ATTN: MACKENZIE OLSON, CEO
28305 119TH AVE
SEBEKA MN 56477-2209

PERHAM STOCKYARDS
45240 CO HWY 80
PERHAM MN 56573-8901


PERHAM STOCKYARDS
ATTN: MITCH BARTHEL
45240 CO HWY 80
PO BOX 173
PERHAM MN 56573-0173

PHI FINANCIAL SERVICES INC
7100 NW 62ND AVE
BOX 1050
JOHNSTON IA 50131-2937

PHI FINANCIAL SERVICES, INC
C/O GURSTEL LAW FRIM PC
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427-4601


PROFESSIONAL DAIRY SYSTEMS
ATTN: LOREN ATHMAN, OWNER
PO BOX 149
1449 HOMECREST AVE
WADENA MN 56482-1874

PROFESSIONAL DAIRY SYSTEMS
PO BOX 149
1449 HOMECREST AVE
WADENA MN 56482-1874

Quantum3 Group LLC as agent for
CreditShop LLC
PO Box 788
Kirkland, WA  98083-0788


RDO FROZEN CO INC
3704 PARK AVE S
Park Rapids MN 56470-1841

REESE AND MELLANIE MEECH
25707 310TH STREET
Sebeka MN 56477-2296

RMS
PO BOX 361136
Columbus OH 43236-1136


RMS
PO BOX 498
RICHFIELD, OH 44286-0498

RONDALD AND NANCY WALZ
21362 141ST AVENUE
Wadena MN 56482-4041

ROYLENE CHAMPEAUX, US ATTORNEY
600 US COURTHOUSE
300 SOUTH FOURTH ST
MINNEAPOLIS MN 55415-3070


STEVE AND BARBARA BRAITH
22302 141ST AVENUE
Wadena MN 56482-4038

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGMENTS, LLC
PO BOX 41021
Norfolk VA 23541-1021

SYNCHRONY BANK/MILLS FLEET FAR
BANKRUPTCY DEPARTMENT
PO BOX 965064
ORLANDO FL 32896-5064


Synchrony Bank by AIS InfoSource, LP as agen
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

TODD WADENA ELECTRIC COOPERATIVE
PO BOX 431
WADENA MN 56482-0431

TODD-WADENA ELECTRIC COOP
550 ASH AVE NE
PO BOX 431
WADENA MN 56482-0431

TODD-WADENA ELECTRIC COOP
ATTN: DANIEL CARLISLE
550 ASH AVE NE
PO BOX 431
WADENA MN 56482-0431

UNITY BANK
26171 HWY 27
PIERZ MN 56364-2512

UNITY BANK
26171 HWY 27
PO BOX 219
PIERZ MN 56364-0219


US ATTORNEY
300 S 4TH STREET #600
MINNEAPOLIS MN 55415-2200

US ATTORNEY GENERAL
ATTN: W. ANDERS FOLK
300 S 4TH STREET
MINNEAPOLIS MN 55415-2290

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070


(p)VOGEL LAW FIRM
ATTN CAREN STANLEY
PO BOX 1389
FARGO ND 58107-1389

WILLENBRING, DAHL, WOCKEN
& ZIMMERMANN PLLC
ATTN: DANIEL T ZIMMERMANN
PO BOX 417
Cold Spring MN 56320-0417

Wadena County Auditor/Treasurer
415 Jefferson Street South
Suite 225
Wadena, MN 56482-1579


Kyle Carlson
 Chapter 13 Trustee
PO Box 519
Barnesville, MN 56514-0519

Logan M. Moore
Velde Moore Ltd.
1118 Broadway
Alexandria, MN 56308-2530

MELLANIE J MEECH
25707 310TH STREET
SEBEKA, MN 56477-2296


Reese B Meech
25707 310TH STREET
SEBEKA, MN 56477-2296


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


A & C FARM SERVICE
412 BUSINESS 23 WEST S
Paynesville MN 56362-4652

(d)A & C FARM SERVICE INC
ATTN: EILEEN KERN, CEO
412 BUSINESS 23 SOUTH
PAYNESVILLE MN 56362-4652

FIRST INTERNATIONAL BANK & TRUST
3001 25TH STREET SOUTH
Fargo ND 58103-6160


LEEDSTONE, INC
ATTN: DAVID TOMSCHE, CEO
222 CO RD 173 SE
MELROSE MN 56352-1602

VOGEL LAW FIRM
ATTN JON BRAKKE
PO BOX 1389
Fargo ND 58107-1389


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)AAA LEASING & MANAGEMENT
22029 FARMINGTON RD
Farmington MI 48336-4417

(d)LINDBERG LAW OFFICE
100 BUCHANAN ST N STE 2
Cambridge MN 55008-1282

(d)UNITY BANK
26171 HWY 27
PO BOX 219
PIERZ MN 56364-0219

(d)Unity Bank
602 4th Street NE
P.O. Box 56
Staples, MN 56479-0056

End of Label Matrix
Mailable recipients   102
Bypassed recipients     4
Total               106